# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

———————————————

No. 1D2023-0347

———————————————

JOSEPH HOSSMAN,

Appellant,

v.

BROWARD COUNTY SCHOOL
BOARD/BROWARD COUNTY
SCHOOL BOARD,

Appellees.

———————————————

On appeal from the Office of the Judges of Compensation Claims.
Ileana Forte, Judge.

Dates of Accidents: June 25, 2002; October 30, 2003.

March 14, 2024

PER CURIAM.

AFFIRMED.

LEWIS, ROWE, and M.K. THOMAS, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

William F. Souza of Law Offices of William F. Souza, P.A., North Miami Beach, for Appellant.

Laurence Leavy of Laurence Leavy and Associates, Fort Lauderdale, for Appellees.